**John DOE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2006–5119.**

United States Court of Appeals, Federal Circuit.

April 5, 2007.

Rehearing Denied May 1, 2007.

John Doe, pro se.

Gregory T. Jaeger, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, David M. Cohen, Director, and Kathryn A. Bleecker, Assistant Director.

Before MAYER, RADER and PROST, Circuit Judges.

PER CURIAM.

John Doe appeals the judgment of the United States Court of Federal Claims denying his claims for relief from a final decision of the United States Air Force to retire him because of medical disability. *Doe v. United States,* 66 Fed. Cl. 165. We *affirm* on the basis of the trial court's opinion.